IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PARISH GOLDEN,

    Plaintiff,

v.

RICHARD RAEMISCH, CATHY JESS,
RICHARD PHILLIPS, C.O. II M. ROHR
and SUSAN WALLINTIN,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-442-bbc

    This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of the defendants granting their motion for summary judgment and dismissing this case.

_____    8/11/10
Peter Oppeneer, Clerk of Court        Date